UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOROLOS GERGES ESHAK
SHEHATA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.

Respondents.

No. 1:26-cv-02840-DAD-SCR

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS

(Doc. Nos. 1, 7)

Petitioner Korolos Gerges Eshak Shehata is a federal immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 7.) Specifically, the magistrate judge found that petitioner's fourteen-month detention pursuant to 8 U.S.C. § 1225(b)(1) without a determination that his detention is justified because he presents either a danger to the community or a flight risk violates due process, and the appropriate remedy is an order requiring a bond hearing before an immigration judge. (*Id.* at 5–8.) The pending findings and recommendations were served on the parties and contained notice

1

that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 8–9.) On May 13, 2026, respondents filed an objection which comprises a single sentence stating that they object for the reasons set forth in their previous briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1. The findings and recommendations issued on May 7, 2026 (Doc. No. 7) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Within ten (10) days of the date of this order, respondents are ORDERED to provide petitioner Korolos Gerges Eshak Shehata, A-File No. 249-119-983, with a bond hearing before an immigration judge, with at least three (3) days prior notice of the date of the hearing, where respondents will have the burden of establishing that petitioner presents a danger to the community or flight risk justifying petitioner's continued detention by clear and convincing evidence;

3. The Clerk of the Court is directed to ENTER judgement in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**                     _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE